```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00021
   JAMES A BEDNARKIEWICZ
   SHEILA M BEDNARKIEWICZ                       CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-2176     SSN XXX-XX-0967

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/02/07 and confirmed on 04/23/07.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  11108.14 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
WELLS FARGO HOME MTGE   CURRENT MORTG           .00          .00          .00
WELLS FARGO HOME MTGE   MORTGAGE ARRE        941.00          .00       941.00
WILL COUNTY TREASURER   SECURED                 .00          .00       202.41
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED            .00          .00
HINSDALE HOSPITAL       UNSECURED       NOT FILED            .00          .00
AMERICAN CASH N GO      UNSECURED       NOT FILED            .00          .00
APLM LTD                UNSECURED       NOT FILED            .00          .00
ZENITH ACQUISITION CORP UNSECURED       NOT FILED            .00          .00
VATIV RECOVERY SOLUTIONS UNSECURED         935.30            .00       935.30
AT&T                    UNSECURED       NOT FILED            .00          .00
RISK MANAGEMENT ALTERNAT UNSECURED      NOT FILED            .00          .00
CAPITAL ONE FINANCIAL   UNSECURED       NOT FILED            .00          .00
CITY OF JOLIET          NOTICE ONLY     NOT FILED            .00          .00
CITY OF JOLIET          NOTICE ONLY     NOT FILED            .00          .00
COMED                   UNSECURED       NOT FILED            .00          .00
COMCAST                 UNSECURED       NOT FILED            .00          .00
CORWIN MEDICAL CARE LTD UNSECURED       NOT FILED            .00          .00
COLLECTION PROFESSIONALS UNSECURED         4185.49           .00      4185.49
DENTAL ASSOC OF PLAINFIE UNSECURED      NOT FILED            .00          .00
NCO FINANCIAL           UNSECURED       NOT FILED            .00          .00
------------------------------------------------------------------------
CREDITOR NAME           CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
DIRECT TV               UNSECURED       NOT FILED            .00          .00
CBA COLLECTION BUREAU   UNSECURED       NOT FILED            .00          .00
EMERGENCY TREATMENT SC  UNSECURED       NOT FILED            .00          .00
FINGERHUT               UNSECURED       NOT FILED            .00          .00
FIRST NATIONAL BANK     UNSECURED       NOT FILED            .00          .00
NICOR GAS               UNSECURED          303.13            .00       303.13
PAYDAY LOAN CO          NOTICE ONLY     NOT FILED            .00          .00
```

```
RESURGENT CAPITAL SERVIC  UNSECURED         1168.80               .00          1168.80
QUINLAN FABISH            UNSECURED      NOT FILED                .00              .00
RUSH COPLEY MEDICAL CENT  UNSECURED      NOT FILED                .00              .00
ASSET ACCEPTANCE CORP     UNSECURED           29.51               .00            29.51
VALLEY IMAGING CONSULTAN  UNSECURED      NOT FILED                .00              .00
VITAL RECOVERY SERVICES   UNSECURED      NOT FILED                .00              .00
MCCOYS                    UNSECURED      NOT FILED                .00              .00
```

Summary of disbursements:

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL   |
|--------------------|---------:|---------:|----------:|------:|--------:|
| TOTAL CLMS ALLOWED |   941.00 |      .00 |   6622.23 |   .00 | 7563.23 |
| PRINCIPAL PAID     |  1143.41 |      .00 |   6622.23 |   .00 | 7765.64 |
| INTEREST PAID      |      .00 |      .00 |       .00 |   .00 |     .00 |
| TOTAL PAID         |  1143.41 |      .00 |   6622.23 |   .00 | 7765.64 |

The Debtor's attorney, DAVID M SIEGEL                  , was allowed $    3000.00
and was paid $    376.00   direct and $   2624.00   through the plan.

The Trustee received $     477.21 .

Refunds to the Debtor totaled $     241.29 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 03/11/09                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                                PAGE   2
         CASE NO. 07 B 00021 JAMES A BEDNARKIEWICZ & SHEILA M BEDNARKIEWICZ